

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUI WANG,<br><br>    Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Warden of<br>Otay Mesa Detention Center,<br><br>    Respondent. | Case No.:  26cv3119-LL-GC<br><br>**ORDER GRANTING PETITION<br>FOR WRIT OF HABEAS CORPUS<br>UNDER 28 U.S.C. § 2241**<br><br>[ECF No. 1] |

Before the Court is Hui Wang's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1 ("Pet.")], alleging that her prolonged detention of about thirteen months without a bond hearing violates the Fifth Amendment's Due Process Clause, the Immigration and Nationality Act, and the Administrative Procedure Act. Pet. ¶¶ 19–49.

The government filed a Return, in which the government concedes that in considering prior rulings by courts in this district finding that prolonged detention without a bond hearing violates due process, as well as Ms. Wang's length of detention, "this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." ECF No. 4 at 1–2.

1

Accordingly, the Court **ORDERS** as follows:

1.  Hui Wang's Petition for Writ of Habeas Corpus is **GRANTED**.[1]

2.  The government shall provide Hui Wang with an individualized bond hearing before an immigration judge within **fourteen (14) days** of the date of this order, unless Ms. Wang requests a continuance.

    a.  At the hearing, the government **SHALL BEAR** the burden of establishing by clear and convincing evidence that Ms. Wang would likely flee or pose a danger to the community if released.

    b.  The immigration judge **SHALL** consider alternative conditions of release and Ms. Wang's ability to pay bond if he or she determines bond is appropriate. *Hernandez v. Sessions*, 872 F.3d 976, 990–91 (9th Cir. 2017).

    c.  If requested by Ms. Wang, the government **SHALL** assist Ms. Wang in obtaining the audio recording of the bond hearing. *Martinez v. Clark*, 124 F.4th 775, 786 (9th Cir. 2024) (citing *Singh v. Holder*, 638 F.3d 1196, 1200 (9th Cir. 2011)).

3.  The Clerk of Court shall enter judgment in Ms. Wang's favor and close this case.

**IT IS SO ORDERED**.

Dated:  May 28, 2026

_____

Honorable Linda Lopez
United States District Judge

s

---

[1] Ms. Wang requests attorney's fees and costs under the Equal Access to Justice Act [Pet. at 16–17], which the Court **DENIES without prejudice**.